LAND FINANCE CORPORATION, Appellant, *v.* FRANK GIORGIO, JR., as Trustee in Bankruptcy of NOX REALTY CORPORATION, Respondent.

(Submitted April 10, 1933; decided April 18, 1933.)

*Robert Daru* for motion.

*Leopold Blumberg* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.